**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11  OLANDO E. GRAVES,                              No. C 06-00929 CRB

12          Plaintiff,                            **ORDER OF REFERRAL**

13      v.

14  PENINSULA AUTO MACHINISTS
    LODGE NO. 1414, et al.,
15
            Defendants.
16  _____/

17      Defendant IAP World Services, Inc. has moved to dismiss the complaint on the

18  ground that it is barred by res judicata, and in particular, by the completed proceedings in

19  another case before this Court, <u>Graves v. Johnson Control World Services</u>, 05-1772 SC.  It

20  therefore appears that this action is related to 05-1772 within the meaning of Civil Local

21  Rule 3-12(a).  Accordingly, pursuant to Local Rule 3-12(c), this action is referred to the

22  Honorable Samuel Conti to consider whether the two cases are related.

23      In light of the referral, the June 16 hearing on defendant's motion to dismiss is

24  VACATED.

25      **IT IS SO ORDERED.**

26

27
    Dated: June 2, 2006                          _____
28                                                CHARLES  R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0929\orderofreferral.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28