FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE. 415.434.4484
FACSIMILE: 415.434.4507

KEVIN F. WOODALL, BAR NO. 180650
SCOTT P. INCIARDI BAR NO. 228814
ATTORNEYS FOR DEFENDANT, IAP WORLD SERVICES, INC.
(FORMERLY KNOWN AS JOHNSON CONTROLS WORLD
SERVICES, INC.)

WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION
1001 MARINA VILLAGE PARKWAY, SUITE 200
ALAMEDA, CALIFORNIA 94501-1091
TELEPHONE: 510.337.1001
FACSIMILE: 510.337.1023

DAVID A. ROSENFELD, BAR NO. 058163
ATTORNEYS FOR DEFENDANT PENINSULA AUTO MACHINISTS
LODGE NO. 1414

OLANDO E. GRAVES
IN PRO PER
1039 107TH AVENUE
OAKLAND, CALIFORNIA 94603
TELEPHONE: 510.632.7197

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANDO E. GRAVES, AN INDIVIDUAL, | CASE NO: C06-00929 SC |
| PLAINTIFF, | |
| V. | **STIPULATED MOTION FOR CONTINUANCE OF HEARING** [LR 7-7 & 6-1] |
| PENINSULA AUTO MACHINISTS LODGE NO. 1414, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AND IAP WORLD SERVICES, INC. (FORMERLY JOHNSON CONTROLS WORLD SERVICES, INC.), | |
| DEFENDANTS. | JUDGE: HON. SAMUEL CONTI |

///
///
///
///

1  Pursuant to Local Rules 7-7 and 6-1, the Parties hereby move on a stipulated basis
2  for an order continuing the hearing on the Motion To Dismiss filed by defendant IAP
3  World Services, Inc. ("IAP") and scheduling a hearing on the Motion To Dismiss filed by
4  Peninsula Auto Machinists Lodge No 1414, International Association Of Machinists &
5  Aerospace Workers ("IAM&AW"). The parties have not previously stipulated to a
6  continuance of this hearing date.
7  On June 12, 2006, the Court issued a notice setting the hearing on IAP's Motion to
8  Dismiss for June 23, 2006. Subsequently, plaintiff Olando Graves ("Graves") informed
9  the defendants that he was unavailable on that date. Accordingly, the parties have agreed
10 to stipulate to a continuance of the hearing on IAP's Motion to Dismiss. The parties have
11 also agreed that IAM&AW's Motion to Dismiss should be heard on the same date.
12 Therefore, the parties agree and stipulate that IAP's Motion to Dismiss and
13 IAM&AW's Motion to Dismiss should be heard on July 28, 2006 at 10:00 AM. The
14 parties respectfully request that the Court grant this stipulated motion.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
 1 | IT IS SO STIPULATED.
 2 |
 3 | DATE: JUNE 16, 2006                FOLEY & LARDNER LLP
   |                                    KEVIN F. WOODALL
   |                                    SCOTT P. INCIARDI
 4 |
 5 |
 6 |                                    By: /s/ Kevin F. Woodall
 7 |                                        KEVIN F. WOODALL
   |                                        ATTORNEYS FOR DEFENDANT IAP WORLD
   |                                        SERVICES, INC. (FORMERLY JOHNSON
 8 |                                        CONTROLS WORLD SERVICES, INC.)
 9 |
10 | DATE: JUNE 18, 2006                WEINBERG, ROGER & ROSENFELD
   |                                    A PROFESSIONAL CORPORATION
   |                                    DAVID A. ROSENFELD
11 |
12 |
13 |                                    By: /s/
14 |                                        DAVID A. ROSENFELD
   |                                        ATTORNEYS FOR DEFENDANT,
   |                                        PENINSULA AUTO MACHINSTS LODGE
15 |                                        No. 1414
16 |
17 | DATE: JUNE ___, 2006               OLANDO E. GRAVES
   |                                    IN PRO PER
18 |
19 |
20 |                                    By: _____
   |                                        OLANDO E. GRAVES
21 |
22 |
23 | PURSUANT TO STIPULATION IT IS SO ORDERED.
24 |
25 | DATE:
26 |
27 |                                    _____
   |                                    HON. SAMUEL CONTI
28 |                                    DISTRICT COURT JUDGE
```

3

1  IT IS SO STIPULATED.

2  DATE: JUNE 16, 2006                         FOLEY & LARDNER LLP
3                                              KEVIN F. WOODALL
                                               SCOTT P. INCIARDI
4

5

6                                              By: /s/ Kevin F. Woodall
                                               KEVIN F. WOODALL
7                                              ATTORNEYS FOR DEFENDANT IAP WORLD
                                               SERVICES, INC. (FORMERLY JOHNSON
8                                              CONTROLS WORLD SERVICES, INC.)

9
   DATE: JUNE ___, 2006                        WEINBERG, ROGER & ROSENFELD
10                                             A PROFESSIONAL CORPORATION
                                               DAVID A. ROSENFELD
11

12

13                                             By: _____
                                               DAVID A. ROSENFELD
14                                             ATTORNEYS FOR DEFENDANT,
                                               PENINSULA AUTO MACHINSTS LODGE
15                                             NO. 1414

16
   DATE: JUNE 19, 2006                         OLANDO E. GRAVES
17                                             IN PRO PER

18

19
                                               By: /s/ Olando E. Graves
20                                             OLANDO E. GRAVES

21

22

23 PURSUANT TO STIPULATION IT IS SO ORDERED.

24
   DATE:   6/20/06
25

26

27                                             HON. SAMUEL CONTI
                                               DISTRICT JUDGE
28

IT IS SO ORDERED
Judge Samuel Conti

3
STIPULATED MOTION FOR CONTINUANCE OF HEARING
C06-00929 SC