1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8
                                      )
9                                     )
   OLANDO GRAVES, an individual,     )    No. C-06-00929 SC
10                                     )
                   Plaintiff,         )    ORDER GRANTING
11                                     )    PLAINTIFF'S MOTION
                                      )    FOR PERMISSION
12      v.                            )    TO APPEAL
                                      )    IN FORMA PAUPERIS
13                                     )
   PENINSULA AUTO MACHINISTS LODGE NO.)
14  1414, INTERNATIONAL ASSOCIATION OF )
   MACHINISTS & AEROSPACE WORKERS; IAP)
15  WORLD SERVICES, INC. (formerly     )
   JOHNSON CONTROLS WORLD SERVICES,   )
16  INC.),                            )
                                      )
17                 Defendants.        )
                                      )
18  ─────────────────────────────────)

19

20      Plaintiff Olando Graves moves the Court for leave to file an

   appeal in forma pauperis.  The Court GRANTS Plaintiff's motion.
21

22      Rule 24 of the Federal Rules of Appellate Procedure ("FRAP")

   governs whether a litigant may file an appeal in federal circuit
23
   court of appeals in forma pauperis.  Excluding certain conditions
24
   that do not apply here, FRAP Rule 24(a)(3) of the Federal Rules of
25
   Appellate Procedure provides that "[a] party who was permitted to
26
   proceed in forma pauperis in the district-court action . . . may
27

28

proceed on appeal *in forma pauperis* without further
authorization."

    In an order issued on February 17, 2006, Judge Charles Breyer
granted Plaintiff's motion to proceed *in forma pauperis* in this
case at the district court level.  Plaintiff, therefore, was not
required to seek leave of this Court to appeal *in forma pauperis*.
Thus, while Plaintiff's affidavit attached to the instant motion
was deficient under FRAP Rule 24(a)(1), which describes the
process for seeking leave of a district court to file an appeal *in
forma pauperis*, the Court will not withhold such leave on this
basis.

    Plaintiff's motion for permission to appeal *in forma pauperis*
is hereby GRANTED.

    IT IS SO ORDERED.

    Dated: September 05, 2006

_____
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2